DAN FARRAR
Attorney at Law
SBN 155217
P.O. Box 3382
Turlock CA 95381-3382
Telephone (209)634-5500
Facsimile (209)634-5556
Attorney for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paula Tillman, et al,<br>**Plaintiffs,**<br>vs.<br>County of Stanislaus, et al<br>**Defendants.** | No. 1:18-cv-00862 LJO BAM<br><br>Stipulation and Order Allowing Plaintiffs to File a Second Amended Complaint |

The parties, by and through their attorneys, have met and conferred regarding defendants' issues with plaintiffs' first amended complaint filed February 8, 2019, (Doc. 23) and agree plaintiffs shall file a second amended complaint no later than March 1, 2019, and defendants shall file an answer to the second amended complaint no later than March 8, 2019.

Dated: Feb. 27, 2019  By  /s/ Dan Farrar
Dan Farrar, Attorney for Defendants

Dated: Feb. 27, 2019

By  /s/ Kathleen Crist (authorized 2-27-19)
Kathleen Crist, attorney for plaintiffs

---

Stipulation and Order re Filing Second Amended Complaint   1

**ORDER**

Pursuant to the parties' stipulation, Plaintiffs may file and serve their second amended complaint on or before March 1, 2019, and Defendants may file and serve their response to the second amended complaint on or before March 8, 2019.

IT IS SO ORDERED.

Dated: **March 1, 2019**    /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE